# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **ALEXSANDAR CVIJETINOVIC,** | : | Case No. 04-CV-2555 |
| Petitioner, | : | |
| | : | **JUDGE KATHLEEN M. O'MALLEY** |
| v. | : | |
| **MICHELLE EBERLIN, WARDEN,** | : | <u>ORDER</u> |
| Respondent. | : | |

This matter is before the Court on remand from the United States Court of Appeals for the Sixth Circuit.  On March 31, 2008, this Court conditionally granted Cvijetinovic's petition for a writ of habeas corpus on his *Blakely v. Washington*, 542 U.S. 296 (2004) claim.  Specifically, the Court found that, although Cvijetinovic's *Blakely* claim was procedurally defaulted, he established cause and prejudice to overcome the default.  *See Cvijetinovic v. Eberlin*, 617 F.Supp.2d 620 (N.D. Ohio 2008).

On August 23, 2010, the Sixth Circuit reversed this Court's conditional grant of a habeas writ and remanded the case.  The Sixth Circuit concluded that Cvijetinovic "has not shown cause for procedurally defaulting his *Blakely* claim."  *Cvijetinovic v. Eberlin*, 617 F.3d 833, 840 (6th Cir. 2010).  Accordingly, the conditional writ of habeas corpus originally granted on March 31, 2008 by this Court is **DISSOLVED**, and Cvijetinovic's habeas petition is **DISMISSED**.

    **IT IS SO ORDERED.**

                                                                       s/Kathleen M. O'Malley
                                                                      **KATHLEEN McDONALD O'MALLEY**
                                                                      **UNITED STATES DISTRICT JUDGE**

**Dated: November 17, 2010**